Reid W. Roberts 055375
11 S. San Joaquin St Ste 306
Stockton CA 95202
(209) 941-8714

Attorney for Defendants
Nicholaos Aftias, individually and as Trustee
Kiriaki Aftias, individually and as Trustee, and
Yasoo Yani Restaurant Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>    Plaintiff<br><br>v.<br><br>Nicolaos Aftias, in individual and representative capacity as trustee;<br><br>Kiriaki Aftias, in individual and representative capacity as trustee;<br><br>Yasoo Yani Restaurant Corporation, a California Corporation; and Does 1-10,<br><br>    Defendants | Case No.: 2:17-CV-01664-TLN-CKD<br><br>**STIPULATED ORDER TO SET ASIDE DEFAULTS** |

IT IS ORDERED:

1. That the defaults requested and entered against Nicolaos Aftias in individual and trustee capacity, Kiriaki Aftias in individual and trustee capacity, and Yasoo Yani Restaurant Corporation, a California Corporation, shall be set aside.

2. That Reid W. Roberts shall, within ten (10) days from the date of entry of order setting aside the defaults, file an answer for Nicolaos Aftias in individual and trustee

capacity, Kiriaki Aftias in individual and trustee capacity, and Yasoo Yani Restaurant Corporation, a California Corporation.

IT IS SO ORDERED.

Dated: February 27, 2018

Troy L. Nunley
United States District Judge